**Order entered July 21, 2022**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-22-00186-CR

**DANNY ARAGONMARQUEZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 291st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. F18-12099-U**

## ORDER

Before the Court is court reporter Sasha Brooks's July 19, 2022 third request for additional time to file the reporter's record. We **GRANT** the request and **ORDER** the reporter's record filed **by July 26, 2022**.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE